HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
KEVIN JONES (SBN 240205)
kjones@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (408) 646-1131

*Attorneys for Plaintiff*
EJT TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| EJT TECHNOLOGIES INC., | Case No. 4:13-cv-05111-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL** |
| vs. | |
| KYOCERA CORPORATION, ET AL., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff EJT Technologies, Inc. ("EJT Technologies") voluntarily dismisses Defendant Kyocera Communications, Inc., without prejudice and with no award of fees or costs to any party.

Dated:  March 18, 2014                                     Respectfully submitted,

*/s/  Michael C. Ting*
HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
CASE NO. 4:13-CV-05111 PJH

```
                                KEVIN JONES (SBN 240205)
                                kjones@techknowledgelaw.com
                                MICHAEL C. TING (SBN 247610)
                                mting@techknowledgelaw.com
                                TECHKNOWLEDGE LAW GROUP LLP
                                1521 Diamond Street
                                San Francisco, CA 94131
                                Telephone: (408) 646-1131

                                *Attorneys for Plaintiff*
                                EJT TECHNOLOGIES INC
```

Dated:  March 18, 2014                Respectfully submitted,

                                            */s/ Jose L. Patino*
                                            JOSE L. PATIÑO, CA Bar No. 149568
                                            jpatino@foley.com
                                            NICOLA A. PISANO, CA Bar No. 151282
                                            npisano@foley.com
                                            ARY CHANG, CA Bar No. 244247
                                            achang@foley.com
                                            WENDY W. CHEUNG, CA Bar No. 285802
                                            wcheung@foley.com

                                            **FOLEY & LARDNER LLP**
                                            3579 VALLEY CENTRE DRIVE, SUITE 300
                                            SAN DIEGO, CA 92130-3302
                                            TELEPHONE: 858.847.6700
                                            FACSIMILE: 858.792.6773

                                            *Attorneys for Defendant*
                                            KYOCERA COMMUNICATIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated**: 3/20/14                        _____
                                       Hon. Phyllis J. Hamilton
                                       United States District

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]